STATE OF CONNECTICUT:
                                : ss: EAST HARTFORD        JULY 11, 2017
COUNTY OF HARTFORD   :
CIVIL ACTION NO. 3:17-cv-00839-VLB

Then and by virtue hereof and by direction of the Plaintiff's Attorney, and pursuant to Connecticut General Statutes (33-929), I made due and legal service upon the within named defendant **TRANS TECH OF SOUTH CAROLINA, INC.,** by depositing in the Post Office at EAST HARTFORD, postage prepaid and certified, article number 7014 1820 0002 0233 9712, return receipt requested, a verified true and attested copy of the original SUMMONS ON A THIRD PARTY COMPLAINT, THIRD PARTY COMPLAINTS OF DEFENDANT KAWASAKI MOTORS MANUFACTURING CORP., U.S.A, CERTIFICATION, AMENDED THIRD PARTY COMPLAINT OF DEFENDANT KAWASAKI MOTORS MANUFACTURING CORP., U.S.A, CERTIFICATION AND EXHIBITS, with my doings thereon endorsed, addressed to the within named defendant corporation:

> TRANS TECH OF SOUTH CAROLINA
> CORPORATION SERVICE COMPANY
> 1703 LAUREL ST
> COLUMBIA, SC 29201-2660

SUPPLEMENTAL RETURN TO FOLLOW

And also, on the 11TH day of JULY, 2017, I left a verified true and attested copy of the original SUMMONS ON A THIRD PARTY COMPLAINT, THIRD PARTY COMPLAINTS OF DEFENDANT KAWASAKI MOTORS MANUFACTURING

**KEITH D. NIZIANKIEWICZ**
*Connecticut State Marshal*
P.O. BOX 280054 • EAST HARTFORD, CONNECTICUT 06128-0054 • OFFICE: (860) 610-0295

CORP., U.S.A, CERTIFICATION, AMENDED THIRD PARTY COMPLAINT OF DEFENDANT KAWASAKI MOTORS MANUFACTURING CORP., U.S.A, CERTIFICATION AND EXHIBITS, with and in the hands of BECK FINEMAN, ESQ., RYAN, RYAN, DELUCA, LLP, 1000 LAFAYETTE BLVD., SUITE 800, AGENT FOR SERVICE for the within named defendant **METRO NORTH COMMUTER RAILROAD,** in the town of BRIDGEPORT, County of Fairfield.

State of Connecticut
County of Hartford
Department of Administrative Services

The within is the original SUMMONS ON A THIRD PARTY COMPLAINT, THIRD PARTY COMPLAINTS OF DEFENDANT KAWASAKI MOTORS MANUFACTURING CORP., U.S.A, CERTIFICATION, AMENDED THIRD PARTY COMPLAINT OF DEFENDANT KAWASAKI MOTORS MANUFACTURING CORP., U.S.A, CERTIFICATION AND EXHIBITS, with my doings thereon endorsed.

| | |
|---|---|
| Postage | $  9.75 |
| Verified pages | 162.00 |
| Endorsements | 2.40 |
| Service | 40.00 |
| Travel | 35.00 |
| Total | $249.15 |

ATTEST:
KEITH NIZIANKIEWICZ
CT STATE MARSHAL
HARTFORD COUNTY

**KEITH D. NIZIANKIEWICZ**
*CONNECTICUT STATE MARSHAL*
P.O. BOX 280054 • EAST HARTFORD, CONNECTICUT 06128-0054 • OFFICE: (860) 610-0295

AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

BRIAN HOPKINS, JONELL HOPKINS INDIVIDUALLY, JONELL HOPKINS PPA JOSPEH HOPKINS, JONELL HOPKINS PPA LUKE HOPKINS, JONELL HOPKINS PPA EVE HOPKINS

*Plaintiff*

KAWASAKI RAIL CAR, INC. AND KAWASAKI MOTORS MANUFACTURING CORP., U.S.A.

*Defendant, Third-party plaintiff*

METRO-NORTH COMMUTER RAILROAD COMPANY AND TRANS TECH OF S.C., INC.

*Third-party defendant*

Civil Action No. 3:17-cv-00839-VLB

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)* METRO-NORTH COMMUTER RAILROAD COMPANY AND TRANS TECH OF S.C., INC.

A lawsuit has been filed against defendant KAWASAKI RAIL CAR, INC. AND KAWASAKI MOTORS MANUFACTURING CORP., U.S.A. who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff BRIAN HOPKINS, JONELL HOPKINS INDIVIDUALLY, JONELL HOPKINS PPA JOSPEH HOPKINS, JONELL HOPKINS PPA LUKE HOPKINS, JONELL HOPKINS PPA EVE HOPKINS.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Mark J. Claflin
Howd & Ludorf, LLC
65 Wethersfield Ave.

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Kevin C. Shea           William H. Clendenen, Jr.
400 Orange St.          400 Orange St.
New Haven, CT 06511     New Haven, CT 06511

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date:   06/30/2017

CLERK OF COURT

/s/ Michael Bozek
*Signature of Clerk or Deputy Clerk*

A TRUE COPY ATTEST
KEITH D. NIZANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 3:17-cv-00839-VLB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: